UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GERALD CAMPBELL )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA )<br>    Defendant. ) | **JUDGMENT**<br><br>No. 5:21-CV-47-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 15, 2021, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on October 15, 2021, and Copies To:**
Abraham Penn Jones (via CM/ECF Notice of Electronic Filing)
Asia J. Prince (via CM/ECF Notice of Electronic Filing)

October 15, 2021      PETER A. MOORE, JR., CLERK

               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk